NADAL, PLAINTIFF AND RESPONDENT, *v.* VIVONI ET AL., DEFENDANTS AND APPELLANTS. .

APPEAL from the District Court of Mayagüez in an Action of Debt.

No. 1232.—Decided February 4, 1915.

Decided on the grounds of the opinion in Case No. 1231, *Nadal* v. *Vivoni et al., ante.*

*Mr. Juan Quintero* for the appellants. ·

The respondent did not appear.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.